UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| JACOB MAY, | ) |
| Plaintiff, | ) |
| | ) No. 3:13-cv-00554 |
| v. | ) |
| | ) Judge Sharp |
| APRICUS BIOSCIENCES, INC., | ) Magistrate Judge Bryant |
| KLEANTHIS XANTHOPOLOUS, Ph.D., | ) |
| PAUL V. MAIER, | ) |
| DEIRDRE V. GILLESPIE, M.D., | ) |
| LEONARD OPPENHEIM, ESQ., | ) |
| RUST RAY, and JOHN DOES 1-3, | ) |
| Defendants. | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum, Defendants' *Motion to Dismiss Plaintiff's Complaint* (Docket Entry No. 24) is hereby GRANTED, and Plaintiff's Complaint is hereby DISMISSED WITH PREJUDICE. Further, *Plaintiff's Motion for Leave to Amend the Complaint* (Docket Entry No. 33) is hereby DENIED.

The Clerk of the Court shall prepare a separate judgment in accordance with Rule 58(a) of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE