JACOB MAY )
)
)
)
Plaintiff, )
)
)
)
v. ) Case No. 3:13cv0554
)
) Judge Sharp
)
APRICUS BIOSCIENCES, INC., et al. )
)
)

ENTRY OF JUDGMENT

Defendants.

Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on September 30, 2014.

KEITH THROCKMORTON, CLERK

s/ Hannah B. Blaney